Form ovacdsm

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:      Marlon D. Foster and Thomasina C. Foster
              Debtor

Case No.: 4:18–bk–15546
Chapter: 13
Judge: Richard D. Taylor

## ORDER SETTING ASIDE ORDER

On November 27, 2018, an Order Dismissing Debtor for Failure to Timely Pay Filing Fee was entered in the above styled case. Upon review of the case, the Court finds that the aforementioned Order was entered in error. Thereore, it is hereby

ORDERED that the Order previously entered should be, and is hereby set aside.

Dated: 11/27/18

*/s/ Richard D. Taylor*

UNITED STATES BANKRUPTCY JUDGE